1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAPESTRY, INC., a Maryland Corporation; COACH SERVICES, INC, a Maryland Corporation; and COACH IP HOLDINGS LLC, a Delaware Limited Liability Company; | CASE NO.: 2:24-CV-00215-CBM-JPRx |
| **Plaintiffs,** | **PERMANENT INJUNCTION** |
| vs. | |
| TRIPLE FIVE INTERNATIONAL, INC., a California Corporation; and DOES 1-10, inclusive. | |
| **Defendants.** | |

After full consideration of the pleadings and papers on file in this case, the evidence on record and the arguments of counsel, and GOOD CAUSE APPEARING THEREFORE:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant Triple Five International, Inc., its officers, agents, and employees are permanently enjoined from using the Coach Trademarks as shown in the Complaint and reproduced in the following **Exhibit A**, including but not limited to supplying, offering for sale, and/or selling products that bear unauthorized reproductions of any Coach Trademarks and using any Coach Trademarks in any reproduction, counterfeit, copy or colorable imitation of a Coach® product.

Dated: November 18, 2024

_____

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1

**EXHIBIT A**

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| 2,626,565 | CC & DESIGN (Signature C) | 18 for *inter alia* handbags, shoulder bags, tote bags, backpacks | 9/24/2002 | |
| 2,088,706 | Coach Wordmark | 18 for *inter alia* tote bags, back packs | 8/19/1997 | COACH |
| 1,071,000 | Coach Wordmark | 18 for women's handbags and carry-on luggage | 8/9/1977 | COACH |
| 4,744,715 | Horse and Carriage Logo | 18 for *inter alia* handbags, tote bags, shoulder bags, backpacks | 5/26/2015 | |
| 5,054,622 | Hangtag Design | 18 for *inter alia* handbags, tote bags, shoulder bags, backpacks | 9/20/2016 | |