1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

9
10
11

| | |
|---|---|
| TAPESTRY, INC., a Maryland Corporation; COACH SERVICES, INC, a Maryland Corporation; and COACH IP HOLDINGS LLC, a Delaware Limited Liability Company;<br><br>             Plaintiffs,<br>  vs.<br>TRIPLE FIVE INTERNATIONAL, INC., a California Corporation; and DOES 1-10, inclusive.<br><br>          Defendants. | CASE NO.: 2:24-CV-00215-CBM-(JPRx)<br><br><br>**JUDGMENT  [JS-6]** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

After full consideration of the pleadings and papers on file in this case, the evidence on record and the arguments of counsel, and GOOD CAUSE APPEARING THEREFORE:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs Tapestry, Inc., a Maryland Corporation; Coach Services, Inc., a Maryland Corporation; and Coach IP Holdings LLC, a Delaware Limited Liability Company shall recover from Defendant, Triple Five International, Inc., a California corporation, the principal amount of $256,652, attorneys' fees of $8,733.04, and costs of $1,031.81.



Dated: November 18, 2024    _____

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE